# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JEREMY T.,

_____   )
              *Plaintiff*              )
              v.                       )        Civil Action No.   4:17-CV-05145-JTR
                                       )
COMMISSIONER OF SOCIAL SECURITY,       )
                                       )
_____
              *Defendant*

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**Aug 16, 2018**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔   other:   Plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED in part, and the matter is REMANDED to the
Commissioner.
Defendant's Motion for Summary Judgment (ECF No. 18) is DENIED.
Judgment is entered for the Plaintiff.

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision
was reached.

✔   decided by Judge     JOHN T. RODGERS _____ on cross-motions for
summary judgment (ECF NOs 14 and 18).

Date:  August 16, 2018 _____              *CLERK OF COURT*

                                            SEAN F. McAVOY _____

                                            s/ Angela Noel _____
                                                    *(By) Deputy Clerk*

                                            Angela Noel _____